

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CASE NO. 08-53987
)
HAGER, RORY & KIMBERLY ) CHAPTER 7
)
    Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #1 | Alltel Communications<br>#1 Allied Dr., B4F03-NG<br>Little Rock, AR 72202 | $150.09 | $25.88 |

2. My Trustee's check for $25.88 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: October 11, 2010

_____
ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck #107
receipt #81841